UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
NEWARK

UNITED STATES OF AMERICA :

v. : ORDER ON MOTION/APPLICATION

MALISSA BUCCA : Criminal No. 06-684(SRC)

-------------------------------------------------

This matter having come before the Court on defendant's motion/application requesting to defer her monthly payments until she commences her three year term of Supervise Release as set forth in the Judgment of Conviction dated February 26, 2007; and additionally requesting that a reduction be made as to the fine imposed by the Court at sentencing

IT IS ON THIS 5th day of May, 2009,

ORDERED that defendant's request to defer her monthly payments until she commences her three year term of supervised release be and is hereby GRANTED; and that

IT IS FURTHER ORDERED that defendant's request that a reduction be made as to the fine imposed by the Court at sentencing be and is hereby DENIED.

Stanley R. Chesler, U. S. D. J.