**UNITED STATES DISTRICT COURT**
PROBATION OFFICE
**DISTRICT OF NEW JERSEY**

WILFREDO TORRES
CHIEF PROBATION OFFICER

CORNERSTONE COMMERCE CENTER
1201 NEW ROAD, SUITE 212
LINWOOD, NJ
(609) 867-7110
FAX: (609) 867-7118

March 27, 2013

**Mailing Address:**

50 WALNUT STREET
ROOM 1001
NEWARK, NJ 07102

www.njp.uscourts.gov

Honorable Stanley R. Chesler
United States District Judge
Martin Luther King Jr. Federal Building&Courthouse
PO Box 0999
Newark, New Jersey  07102-0999

**RE: MELISSA BUCCA**
**DKT NO: 06-00864-001**
**COURT NOTIFICATION OF OFFENDER'S EXPIRATION OF SUPERVISION WITH FINE BALANCE REMAINING**

Dear Judge Chesler:

The purpose of this correspondence is to submit a Report of Offender Under Supervision (Probation Form 12A), outlining the offender's non-compliance with regard to payment of her fine in full prior to the expiration of her supervision.  We respectfully request that the Court approve the expiration of supervision as scheduled, and allow the Financial Litigation Unit of the United States Attorney's Office to monitor the collection of the remaining fine balance.

Should the Court have any further questions or concerns, the undersigned officer can be reached at (609) 867-7116.

Respectfully submitted,

WILFREDO TORRES, Chief
U.S. Probation Officer

By: Carolyn S. Johnson
U.S. Probation Officer

/csj/attachment

PROB 12A
(7/93)

# United States District Court

## for

## District of New Jersey

## Report on Offender Under Supervision

Name of Offender: Malissa Bucca                              Cr.: 06-00864-001
                                                             PACTS #: 43794

Name of Sentencing Judicial Officer: The Honorable Stanley R. Chesler
                                     United States District Judge

Date of Original Sentence: 02/26/07

Original Offense: Distribution of Oxycodone

Original Sentence: Imprisonment - 37 months; Supervised Release - 3 years; Special Assessment - $100; Fine - $7,500.

Type of Supervision: Supervised Release          Date Supervision Commenced: 05/15/2010

## NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

Violation Number     Nature of Noncompliance

1                    The offender has violated the standard supervision condition which states '**As a condition of supervision, you are instructed to pay a fine in the amount of $7,500; the fine is due immediately and shall be paid in full within 30 days of sentencing. It is recommended that the defendant participate in the Bureau of Prisons Inmate Financial Responsibility Program. In the event that the fine is not paid prior to the commencement of supervision, the defendant shall satisfy the amount due in monthly installments of no less than $200, to commence 30 days after release from confinement.**'

                     The offender has demonstrated a lack of consistency throughout her term of supervised release with regard to the monthly payment of her fine. However, she has paid her $100 special assessment and $1,377.57 toward her fine. Additionally, the offender has provided confirmation that the U.S. Attorney's Office has withheld her state and federal tax refunds as a treasury offset payment toward her fine. Although not yet posted on the Clerk's Office "Offender Payment Enhanced Report Access," this will reduce her obligation by an additional $2,766. The remaining unpaid fine balance is accordingly reduced to 3,356.43.

U.S. Probation Officer Action:

The offender has a remaining unpaid obligation of her fine balance of $3,356.43. The offender's supervision is set to expire on May 14, 2013. Throughout her term of supervision, the offender has maintained employment and, with the assistance of her mother, raised her children without child support income, as well

PROB 12A - Page 2
Malissa Bucca

as supporting herself. Notwithstanding a lack of consistency with regard to her monthly fine payments, the offender has had no other violations of her supervised release over the term of three years. As such, we recommend that the Court approve the expiration of her supervision as scheduled and allow the Financial Litigation Unit of the United States Attorney's Office to monitor the collection of the remaining fine balance. If approved, we will notify said office of the offender's obligation in this regard.

Respectfully submitted,

By: Carolyn S. Johnson
U.S. Probation Officer
Date: 03/27/13

[ X ] The Court Concurs with the Above Recommendation of the Probation Officer
[ ] Submit a Request for Modifying the Conditions or Term of Supervision
[ ] Submit a Request for Warrant or Summons
[ ] Other

Signature of Judicial Officer

4/3/13
Date